UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE infringer identified as using IP ) <br> address 173.62.214.161, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 2:20-cv-05151-JMY <br><br> Judge John M. Younge |

**PROPOSED ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL, MAINTAIN PSEUDONYM IDENTIFIER IN CASE CAPTION, AND FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE OF PROCESS**

**AND NOW**, this 26th day of   March   , 2021, it is **ORDERED** that Plaintiff's Motion (1) for leave to file Plaintiff's unredacted Amended Complaint, Amended Civil Cover Sheet, Proposed Summons, and Proof of Service/Waiver of Service under seal; (2) for an order directing the Clerk of the Court to maintain a pseudonym identifier in case caption; and (3) for an extension of time within which to effectuate service of process is **GRANTED** as follows:

1. The Motion for an Extension of Time Within Which to Effectuate Service of Process is **GRANTED**. Plaintiff must serve Defendant a summons and Amended Complaint **on or before May 6, 2021**.

2. The Motion for Leave to File Documents Under Seal and Maintain Pseudonym Identifier in Case Caption is **GRANTED** as follows:

    a. The caption of the case and all documents containing Defendant's name, address, alleged connections between Defendant's social media and their alleged BitTorrent activity, and/or the names and addresses of any person associated with

Defendant **must be filed under seal temporarily**. A redacted version of all documents must be filed and made publicly available. Accordingly:

   i. Plaintiff is granted leave to file an unredacted version of its Amended Complaint, Amended Civil Cover Sheet, Proposed Summons, and any Proof of Service/Waiver of Service **under seal**. Plaintiff must file a redacted version of the Amended Complaint, Amended Civil Cover Sheet, and Proof of Service/Waiver of Service on the docket.

   ii. The Clerk of the Court shall provide a copy of the **sealed** Amended Complaint (with attachments) and **sealed** Amended Civil Cover Sheet to Plaintiff's counsel, via email, to effectuate service.

   iii. The Clerk of Court shall file the approved summons **under seal** and provide a copy to Plaintiff's counsel, via email, to effectuate service.

   iv. The Clerk of Court shall maintain the caption of this case identifying Defendant as "John Doe infringer identified as using IP address 173.62.214.161."

b. If Defendant would like his/her personal identifying information to remain under seal, **Defendant must file a motion to proceed anonymously on or before thirty days after his/her entry of appearance**. All information will remain under seal until the Court decides any such motion. If Defendant does not file a motion to proceed anonymously, the Court will lift the seal.

/s/ John Milton Younge
**JOHN MILTON YOUNGE**
**UNITED STATES DISTRICT JUDGE**